UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:

BRET S. DIBATTISTA,

        Debtor.

--------------------------------------------------------X

THE LAW OFFICE OF FRANCIS J. O'REILLY, ESQ.,

        Appellant,

v.

SELENE FINANCE L.P.,

        Appellee.
--------------------------------------------------------X

**ORDER REMANDING CASE TO BANKRUPTCY COURT**

No. 20-CV-04620 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The mandate of the Second Circuit having issued in this bankruptcy appeal on May 17, 2022, it is HEREBY ORDERED:

    That this case is remanded to the Bankruptcy Court for further proceedings consistent with, and only to the extent required by, the Second Circuit's Opinion dated May 17, 2022 (Doc. 16).

    The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: White Plains, New York
       May 19, 2022

_____
PHILIP M. HALPERN
United States District Judge